1
2
3
4
5

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

6

SHAWN MITCHELL BALL,

7

    Plaintiff(s),

8

v.

9

COUNTY OF CLARK, et al.,

10

    Defendant(s).

Case No. 2:24-cv-01352-APG-NJK

**ORDER**

[Docket No. 1]

11      Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket
12 No. 1.

13      "When submitting an application to proceed *in forma pauperis*, an incarcerated or
14 institutionalized person must simultaneously submit a certificate from the institution certifying the
15 amount of funds currently held in the applicant's trust account at the institution and the net deposits
16 in the applicant's account for the six months before the date of submission of the application."
17 Local Special Rule 1-2. The applicant must also submit "a certified copy of the trust fund account
18 statement." 28 U.S.C. § 1915(a)(2).

19      In this case, Plaintiff has filed an application to proceed *in forma pauperis*, along with a
20 printed copy of his inmate account. Docket No. 1. The copy of the inmate account has not been
21 certified, however. Moreover, Plaintiff did not file the required financial certificate or
22 acknowledgment.[1]

23      Accordingly, Plaintiff's application to proceed *in forma pauperis*, Docket No. 1, is
24 **DENIED** without prejudice. No later than **August 30, 2024**, Plaintiff must either (1) file a fully

25

26      [1] It is important for an inmate litigant to keep in mind that a finding that he qualifies to
proceed *in forma pauperis* may relieve him of the requirement to prepay the filing fee, but he is
27 still ultimately responsible for paying the filing fee through periodic deductions from his inmate
accounts. This additional paperwork ensures that an inmate litigant understands this ultimate
28 responsibility before seeking to proceed with his case.

complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments; or (2) pay the $402 fee for filing a civil action. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

The Clerk's Office is **INSTRUCTED** to send Plaintiff the inmate packet for *in forma pauperis* applications.

IT IS SO ORDERED.

Dated: July 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

2