# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN MICHAEL BALL,<br><br>    Plaintiff(s),<br><br>v.<br><br>COUNTY OF CLARK, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-01352-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 4] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 4. In cases brought by prisoners, courts generally require the initial payment of a partial filing fee. *See* 28 U.S.C. § 1915(b)(1). In this case, however, no partial filing fee is required given Plaintiff's lack of funds. *See* Docket No. 4 at 6-8. As such, the Court will grant the most application to proceed *in forma pauperis* without requiring a partial payment.[1]

Accordingly, **IT IS ORDERED:**

1. Plaintiff's application to proceed *in forma pauperis* (Docket No. 4) without having to prepay the filing fee is **GRANTED**.

2. Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor. This Order granting *in forma pauperis* status shall not extend to the issuance and/or service of subpoenas at government expense.

3. The Clerk shall send a copy of this order to the attention of the inmate accounts department at Yellowstone County Detention Center, 3163 King Ave. E., Billings, Montana 59101. Pursuant to 28 U.S.C. § 1915(b)(2), Yellowstone County Detention Center shall forward

---

[1] The Court will separately screen Plaintiff's complaint as required by 28 U.S.C. § 1915.

to the Clerk of the United States District Court, District of Nevada, twenty percent of the preceding month's deposits to Plaintiff's inmate trust account (in the months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action.

4. The Clerk's Office must provide a copy of this order to the Finance Division of the Clerk's Office.

IT IS SO ORDERED.

Dated: August 23, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

2