# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN MICHAEL BALL, | Case No.: 2:24-cv-01352-APG-NJK |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| COUNTY OF CLARK, et al., | [ECF No. 14] |
| Defendants | |

On January 23, 2025, Magistrate Judge Koppe recommended that I dismiss Shawn Ball's second amended complaint without prejudice because Ball has previously been given opportunities to amend and was unable to do so in a way that stated a viable claim under 42 U.S.C. § 1983. ECF No. 14. Ball did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 14) is accepted. Shawn Ball's second amended complaint (ECF No. 13) is dismissed without prejudice, but without leave to amend it again in this case. The clerk of court is instructed to close this case.

DATED this 11th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE